No. 5037.—Varona, aplte., v. Comisión de Servicio Público, Etc., aplda.—C. D. San Juan. ▆▆▆▆▆▆
Abril 1, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Por cuanto, la solicitud de *injunction* en este caso fué presentada en la corte inferior el 8 de enero de 1929 y la sentencia dictada en él fué apelada el 16 de febrero de 1929;

Por cuanto, la transcripción de los autos para esta apelación fué presentada en este Tribunal Supremo el 15 de julio siguiente, obteniendo desde entonces el apelante cuatro prórrogas para presentar su alegato de apelación, venciendo la última el 15 de noviembre de 1929, quedando desde entonces sin trámite este recurso;

Por cuanto, cuatro meses después este tribunal señaló día, el 31 de marzo de 1930, para que la parte apelante compareciera a exponer causa, si la tenía, por la cual esta apelación no debe ser desestimada por abandono de ella;

Por cuanto, dos días antes del señalado el apelante presentó su alegato y moción escrita para que no desestimemos su recurso, alegando como causas para esa petición que este caso trata de una cuestión de interés público, que aunque fué presentada antes en el caso de *Santiago* v. *Comisión de Servicio Público,* 37 D.P.R. 521 no fué resuelta por tratarse en él de un *injunction* preliminar: que de su resolución dependen otros casos que pueden ser presentados y que el alegato no fué presentado antes para mejor estudiar las cuestiones envueltas en esta apelación;

Por cuanto, el alegato señala dos motivos para el re-

curso, pues otro tercero está comprendido en los anteriores, y sólo dedica siete páginas a tratar los errores alegados;

POR CUANTO, los dos motivos alegados en esta apelación son que la corte inferior cometió error al considerar que el caso de Santiago, *supra,* resolvió las cuestiones envueltas en esta apelación y también al considerar que la Comisión de Servicio Público podía conceder la franquicia exclusiva que concedió entre San Juan y Río Piedras a la White Star Bus Line, Inc., que constituye un monopolio de tráfico terrestre por las vías principales entre San Juan y Río Piedras;

POR CUANTO, el segundo motivo de error, que es la cuestión primordial en este recurso, fué resuelta en el caso de Santiago antes citado en una extensa opinión de la mayoría de este tribunal, haciéndose en ella un cuidadoso y detenido estudio de la cuestión, aunque por tratarse en él de una negativa de *injunction* preliminar que fué solicitado mientras se resolvía el *injunction* definitivo esta corte dijo: "La petición preliminar y la definitiva presentan, en verdad, los mismos problemas a estudiar y a resolver. . . . Y como las partes han discutido por escrito y oralmente todas las cuestiones envueltas, creemos que debemos estudiarlas y resolverlas para despejar la situación, sin que ello quiera decir, por supuesto, que el juicio que formemos no pueda ser variado al verse el caso en su fondo, a virtud de la prueba que se practique y de un estudio más detenido, más hondo.";

POR CUANTO, las palabras antes copiadas no significan que no resolvimos las cuestiones propuestas;

POR CUANTO, el apelante reconoce en su alegato que en este caso se plantean las mismas cuestiones que en el de Santiago mencionado en el que ciertamente resolvimos la cuestión que suscita el segundo motivo de error, sin que en el alegato en este caso se aporte más luz sobre esa materia;

POR CUANTO, en vista de todo lo expuesto no haremos uso de nuestra facultad discrecional para relevar al apelante de su falta de no haber presentado su alegato en tiempo,

Por tanto, debemos desestimar y desestimamos esta apelación.

El Juez Asociado Señor Wolf disintió.